1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 00-cr-00100-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| AMAR TIROUDA (4), | ) | ORDER OF DISMISSAL OF THE SUPERSEDING INDICTMENT AND RECALL BENCH WARRANT |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the superseding indictment in Case No. 00-CR-00100-IEG be dismissed due to the defendant's death.

IT IS FURTHER ORDERED that the bench warrant be recalled.

IT IS SO ORDERED.

**DATED: September 30, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**